UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOHN NUNLEY,<br><br>　　　　　　　　　　　Petitioner,<br>　v.<br>EIGHTH JUDICIAL DISTRICT COURT, et al.,<br><br>　　　　　　　　　　　Respondents. | Case No. 2:16-cv-00560-GMN-GWF<br><br>ORDER |

　　　　Petitioner has submitted a purported pro se petition for writ of habeas corpus U.S.C. § 2254 (ECF No. 1). The petition is not on the court-required form, and petitioner has failed to submit an application to proceed *in forma pauperis* or pay the filing fee. Accordingly, this matter has not been properly commenced. 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2. The present action, therefore, will be dismissed without prejudice.

　　　　Moreover, petitioner sets forth no discernible factual allegations cognizable in federal habeas and no discernible, plausible factual allegations that would state a claim for which relief may be granted in any event. His claims include: "fiduciary trust fraud, probate fraud, non-disclosure, semantic deceit . . . " and he states that he has not consented to his name as it appears in all capital letters on the complaint and information. Petitioner's submissions are delusional and frivolous.

1

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** as improperly commenced and frivolous.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED: 20 April 2016.

                                          GLORIA M. NAVARRO, CHIEF JUDGE
                                          UNITED STATES DISTRICT COURT